UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN LEE MATTHEWS, II,<br><br>                   Plaintiff<br><br>    v.<br><br>JO GENTRY et al.,<br><br>                   Defendants | Case No. 3:19-cv-00003-RCJ-WGC<br><br>ORDER |

**I. DISCUSSION**

On February 18, 2020, the parties were scheduled for an early inmate mediation conference. (ECF No. 10). However, the mediation did not occur because Plaintiff advised the mediator that he believed his family had hired an attorney. (*Id.*) The Court stated that the mediation would be rescheduled when Plaintiff's attorney filed a notice of appearance. (*Id.*) No attorney has filed a notice of appearance in this case. The Court now orders Plaintiff's attorney, if he has one, to file a notice of appearance in this case by Friday, May 1, 2020. If no attorney files a notice of appearance, the Court will reschedule the early inmate mediation conference and Plaintiff will appear *pro se*.

**II. CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's attorney will file a notice of appearance by Friday, May 1, 2020.

It is further ordered that, if no attorney files a notice of appearance, the Court will reschedule the early inmate mediation conference and Plaintiff will appear *pro se*.

DATED: April 7, 2020.

_____
UNITED STATES MAGISTRATE JUDGE