UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN LEE MATTHEWS, II, | Case No.: 3:19-CV-00003-RCJ-CSD |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 53) |
| v. | |
| JO GENTRY, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 53[1]) entered on February 3, 2022, recommending that the Court dismiss this action as a result of Plaintiff's failure to prosecute.

This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 53) is **ADOPTED and ACCEPTED**.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** as a result of Plaintiff's failure to prosecute and all pending motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated this 2nd day of March, 2022.

_____
ROBERT C. JONES
United States District Judge